UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, et al.,

        Petitioners,

    v.

                              MISC. S-04-365 PAN

JAMES SCHRUPP,

        Respondent.
                                     ORDER

—oOo—

    On March 23 and March 28, 2005, petitioners notified the court that respondent has complied with the Order Enforcing IRS Summons filed January 11, 2005, and request that this case be closed.

    So ordered.

    Dated: April 18, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge